**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Leon-Mora,<br>Petitioner<br>v.<br>John Mattos, et al.,<br>Respondents | Case No.: 2:26-cv-02867-JAD-EJY<br>**Order Granting in Part Motion for Temporary Restraining Order and Setting Hearing on Motion for a Preliminary Injunction**<br>[ECF No. 2] |

On the application of petitioner Jose Leon-Mora and good cause appearing, IT IS HEREBY ORDERED that Leon-Mora's motion for a temporary restraining order **[ECF No. 2] is GRANTED IN PART.** The court finds that Leon-Mora is likely to be harmed if he is removed or transferred from the Nevada Southern Detention Center in Pahrump, Nevada before the parties can be heard on Leon-Mora's motion for a preliminary injunction.

IT IS FURTHER ORDERED that the government is **RESTRAINED** from proceeding with the transfer or removal of Jose Leon-Mora from the Nevada Southern Detention Center in Pahrump, Nevada.

IT IS FURTHER ORDERED that **this restraint will expire at 6 p.m. on September 17, 2026.**

IT IS FURTHER ORDERED that the motion for preliminary injunction **[ECF No. 2] will be heard** in Courtroom 6D of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101, **at 4 p.m. on September 17, 2026.**

Dated: September 10, 2026.

U.S. District Judge Jennifer A. Dorsey